IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. ENDRES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | NO. C10-3924 TEH<br><br>ORDER OF SERVICE |

Plaintiff William M. Endres, a state prisoner at San Quentin State Prison who is represented by counsel, has filed a complaint under 42 U.S.C. § 1983, the Americans with Disabilities Act, and section 504 of the Rehabilitation Act of 1973.  Federal courts must engage in a preliminary screening of cases "in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity."  28 U.S.C. § 1915A(a).  The court must "identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint – (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief."  *Id.* § 1915A(b).

In this case, Plaintiff cannot sue the California Department of Corrections and Rehabilitation ("CDCR") under 42 U.S.C. § 1983 because the CDCR is "entitled to Eleventh Amendment immunity" from such claims.  *Brown v. CDCR*, 554 F.3d 747, 752 (9th Cir. 2009).  The § 1983 causes of action against the CDCR are therefore DISMISSED.

It is not clear that any other claims must be dismissed at this early screening stage. Accordingly, and because this Court has already granted Plaintiff's application to proceed in forma pauperis, IT IS HEREBY ORDERED that the Clerk shall issue summons and the

1  United States Marshal shall serve, without prepayment of fees, copies of the complaint in this
2  matter and copies of this order on all named defendants.
3       IT IS FURTHER ORDERED that the parties shall appear for an initial case
4  management conference on **January 31, 2011, at 1:30 PM.**  The parties shall meet and
5  confer and file a joint case management conference statement on or before **January 24,**
6  **2011.**  The Court will consider continuing these deadlines by stipulation of the parties if it
7  appears that settlement discussions may resolve this case informally.

9  **IT IS SO ORDERED.**

11 Dated:   09/21/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT