FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants
J. Clark Kelso*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM M. ENDRES, | Case No. CV 10-03924 TEH |
| *Plaintiff*, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | Honorable Thelton E. Henderson |
| *Defendants*. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil L.R. 6-1(a), the parties, through their undersigned counsel, hereby stipulate that defendants Clark Kelso and California Prison Health Care Receivership shall have an extension of time, through and including December 8, 2010, within which to respond to plaintiff's complaint on file herein.

Dated:  November 5, 2010                FUTTERMAN DUPREE DODD
                                        CROLEY MAIER LLP


                                        By:        /s/ Martin H. Dodd
                                                Martin H. Dodd
                                        *Attorneys for Defendant J. Clark Kelso and California Prison Health Care Receivership Corp.*

Dated:  November 5, 2010                WEIXEL LAW OFFICE


                                        By:        /s/ James V. Weixel, Jr.
                                                James V. Weixel, Jr.
                                        *Attorneys for Plaintiff William E. Endres*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/5/10
IT IS SO ORDERED
Judge Thelton E. Henderson