James V. Weixel, Jr.  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
WILLIAM M. ENDRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. ENDRES,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　Defendants. | Case No.:　　3:10-CV-03924-TEH<br><br>Judge:　　Hon. Thelton E. Henderson<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION AND J. CLARK KELSO, RECEIVER**<br><br>[~~Proposed~~]<br>**ORDER**<br><br>Fed. R. Civ. P. 41(a)(2) |

　　Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff William M. Endres and defendants California Prison Health Care Receivership Corporation and J. Clark Kelso, by and through their respective undersigned counsel, stipulate and agree that defendants CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION and J. CLARK KELSO only may be dismissed from this action without prejudice, with each party to bear own costs and fees, and that the Court may enter an order accordingly, further hearing and notice being hereby waived.

///

///

---

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CPHCRC, KELSO – Page 1
*William M. Endres v. California Dep't of Corrections and Rehabilitation, et al.* – No. 3:10-CV-03924-TEH

Dated: January 4, 2011.

**WEIXEL LAW OFFICE**

By: _____
James V. Weixel, Jr.

Attorney for Plaintiff
WILLIAM M. ENDRES

Dated: January 4, 2011.

**FUTTERMAN DUPREE DODD CROLEY MAIER LLP**

By: _____
Martin H. Dodd

Attorney for Defendants
CALIFORNIA PRISON HEALTH CARE
RECEIVERSHIP CORPORATION
and J. CLARK KELSO

## ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.  Defendant's pending motion to dismiss is VACATED as moot.

Dated: __01/04__, 2011.

By: _____
Hon. Thelton E. Henderson
United States District Judge

*Judge Thelton E. Henderson*

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)