1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  DANIEL B. ALWEISS
   Deputy Attorney General
4  State Bar No. 191560
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-1276
6   Fax: (415) 703-5480
    E-mail:  Daniel.Alweiss@doj.ca.gov
7  *Attorneys for Defendants Vincent Cullen and*
   *Elena Tootell, MD (erroneously sued herein as*
8  *"Elaine Tootell")*

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| 15  WILLIAM M. ENDRES, | Case No. C 10-3924-TEH |
| 16                     Plaintiff, | **STIPULATION TO STRIKE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION FROM ANSWER** |
| 17          v. | |
| 18  VINCENT CULLEN, ELAINE TOOTELL, | |
| 19  et al., | Action Filed:  September 1, 2010 |
| 20                     Defendants. | |

21

22                           STIPULATION

23     IT IS HEREBY AGREED that Defendants Vincent Cullen and Elena Tootell, MD's

24  (erroneously sued herein as "Elaine Tootell") answer, filed on October 29, 2010, is on their behalf

25  only, and the words "California Department of Corrections and Rehabilitation (CDCR)" on page

26  1, lines 19-21 are hereby stricken.  On September 21, 2010, this Court noted that Plaintiff "cannot

27  sue the California Department of Corrections and Rehabilitation under 42 U.S.C. § 1983," and

28

                                    1

ordered § 1983 causes of action against the CDCR dismissed. Order of Service, 9/21/2010.

Accordingly, the following words "California Department of Corrections and Rehabilitation (CDCR)" on page 1, lines 19-21 are hereby stricken from defendants' answer filed October 29, 2010.

|  |  |
|---|---|
|  | WEIXEL LAW OFFICE |
| Dated:  June 29, 2011 | /s/ James V. Weixel, Jr.<br>James V. Weixel, Jr.<br>*Attorney for Plaintiff*<br>*William M. Endres* |
| Dated:  June 29, 2011 | Respectfully Submitted,<br><br>KAMALA D. HARRIS<br>Attorney General of California<br>TYLER B. PON<br>Supervising Deputy Attorney General<br><br>/s/ Daniel B. Alweiss<br><br>DANIEL B. ALWEISS<br>Deputy Attorney General<br>*Attorneys for Defendants Vincent Cullen and Elena Tootell, MD (erroneously sued herein as "Elaine Tootell")* |

IT IS SO ORDERED

Dated:   06/29/2011

[Signature: Thelton E. Henderson]
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA