James V. Weixel, Jr.  (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
WILLIAM M. ENDRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. ENDRES, <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT CULLEN, et al., <br><br> Defendants. | Case No.:  3:10-CV-03924-TEH <br><br> Judge:  Hon. Thelton E. Henderson <br><br> **STIPULATION RE MOTION FOR JUDGMENT ON PLEADINGS AND FOR LEAVE TO AMEND COMPLAINT OR, ALTERNATIVELY, FOR DISMISSAL** <br><br> [~~Proposed~~] <br><br> **ORDER** |

Plaintiff William M. Endres ("plaintiff") and defendants Vincent Cullen and Elena Tootell (incorrectly named herein as "Elaine Tootell"), by and through their respective undersigned counsel, stipulate and agree as follows:

1. The motion for judgment on the pleadings filed by defendants on July 13, 2011, and set for hearing on August 22, 2011, is withdrawn and taken off calendar.

2. On or before September 1, 2011, plaintiff shall do one of the following: (a) file a first amended complaint, which amendment may include the naming of defendants previously sued as "Doe" defendants, and/or the dismissal of defendant Vincent Cullen and/or defendant Elena Tootell; or (b) dismiss this action in its entirety.

---
STIP AND ORDER RE MOTION FOR JUDGMENT ON PLEADINGS AND FOR LEAVE TO AMEND – Page 1
*William M. Endres v. California Dep't of Corrections and Rehabilitation, et al.* – No. 3:10-CV-03924-TEH

3. The parties agree that in the event plaintiff elects to file a first amended complaint, good cause exists for such an amendment and leave to file the same may be granted accordingly.

4. The Court may enter an order to these effects without hearing or further notice.

Dated: July 25, 2011.  **WEIXEL LAW OFFICE**

By: /s/ James V. Weixel, Jr.
James V. Weixel, Jr.

Attorney for Plaintiff
WILLIAM M. ENDRES

Dated: July 25, 2011.  **KAMALA D. HARRIS, Attorney General of California**
**TYLER B. PON, Supervising Deputy Attorney General**

By: /s/ Daniel B. Alweiss
Daniel B. Alweiss, Deputy Attorney General

Attorneys for Defendants
VINCENT CULLEN and ELENA TOOTELL

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: _____7/26_____, 2011.

By: _____
Hon. [signature: Thelton E. Henderson]
Senior Judge Thelton E. Henderson

STIP AND ORDER RE MOTION FOR JUDGMENT ON PLEADINGS AND FOR LEAVE TO AMEND – Page 2
*William M. Endres v. California Dep't of Corrections and Rehabilitation, et al.* – No. 3:10-CV-03924-TEH