IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM M. ENDRES,

        Plaintiff,

v.

ELENA TOOTELL, et al.,

        Defendants.

NO. C10-3924 TEH

ORDER DENYING STIPULATION TO CONTINUE TRIAL DATE

The Court is in receipt of the parties' stipulation to continue the trial and related dates set at a January 31, 2011 case management conference ("CMC"). At that CMC, the Court explained to counsel for both Plaintiff and Defendants that it sets realistic and firm trial dates. Counsel thereafter agreed that it was appropriate to set this case for trial on March 27, 2012. While the Court understands that genuine emergencies may arise that require continuance of a trial date, the parties have given no reason, let alone shown good cause, for granting a continuance in this case. Accordingly, the stipulation to continue the trial and related dates is DENIED.

**IT IS SO ORDERED.**

Dated: 09/28/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT