James V. Weixel (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone:  (415) 682-9785
Facsimile:  (866) 640-3918
Email:  *appeals@jimweixel.com*

Attorney for Plaintiff
WILLIAM M. ENDRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM M. ENDRES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELENA TOOTELL, et al.,<br><br>    Defendants. | Case No. 3:10-CV-03924-TEH<br><br>[Proposed]<br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial Date:     March 27, 2012, 8:30 a.m. |

   Plaintiff William M. Endres, CDCR No. P57685, a necessary and material witness in proceedings in this case beginning on March 27, 2012, at 8:30 a.m., is confined at San Quentin State Prison in the custody of the Warden thereof. In order to secure this inmate's attendance at the trial of this action, scheduled for March 27, 2012 at 8:30 a.m. in Courtroom 12 of the United States District Court for the Northern District of California (and any additional deliberation time), it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of William M. Endres, CDCR No. P57685, to produce said inmate in Courtroom 12 of the United States District Courthouse, 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, the Honorable Thelton E. Henderson, Senior United States District Judge presiding, beginning on March 27, 2012, at 8:30 a.m. and at all subsequent

trial days beginning at 8:30 a.m. In order to allow this inmate and his counsel adequate time to prepare for trial, this inmate should be moved to the closest available or jail prison to the San Francisco Division of this Court no later than March 25, 2012.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of San Quentin State Prison and the California Department of Corrections and Rehabilitation to produce inmate William M. Endres, CDCR No. P57685, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution;

2. The Warden of San Quentin State Prison is ordered to notify the Court of any change in custody of William M. Endres, CDCR No. P57685, and is ordered to provide the new custodian with a copy of this writ; and

3. The Warden of San Quentin State Prison is ordered to move William M. Endres, CDCR No. P57685, to the closest available prison or jail to the San Francisco Division of this Court no later than March 25, 2012.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of San Quentin State Prison,

YOU ARE COMMANDED to produce inmate William M. Endres, CDCR No. P57685, to testify in the United States District Court for the Northern District of California at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution.

FURTHER, you are ordered to notify the Court of any change in custody of William M. Endres, CDCR No. P57685, and to provide the new custodian with a copy of this writ.

///

FURTHER, you are ordered to move William M. Endres, CDCR No. P57685, to the closest available prison or jail to the San Francisco Division of this Court no later than March 25, 2012.

IT IS SO ORDERED.

Dated: January 10, 2012.



_____
THELTON E. HENDERSON, Senior United States District Judge